IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  14-cv-00023-RM-BNB

VALERIE C. HARRIS,

Plaintiff,

v.

SERGEANT STEPHANIE J. GARCIA,
SERGEANT CASEY YODER,
LIEUTENANT LINDSEY VIGNA,
CAPTAIN JAMIE L. NORRIS,
HUMANE SOCIETY OF THE PIKES PEAK REGION,
DEPUTY D. GIFFORD,
DEPUTY A. GONZALEZ,
DEPUTY D. JAKETTA,
DEPUTY C. O'NEIL,
SERGEANT DAVE BLACK, and
SHERIFF KIRK M. TAYLOR,

Defendants.

---

**ORDER**

---

This matter arises on the **Plaintiff's Motion to Stay Pending Outcome of Criminal Case** [Doc. # 8] (the "Motion to Stay").  The Motion reports that none of the defendants has been served with process; the state criminal case underlying the plaintiff's claims is set for trial beginning March 24, 2014; and this case has been set for a scheduling conference on April 2, 2014.  The motion seeks to stay the case pending the outcome of the state criminal prosecution, relying on Wallace v. Kato, 549 U.S. 384, 393-94 (2007):

> If a plaintiff files a false-arrest claim before he has been convicted
> (or files any other claim related to rulings that will likely be made
> in a pending or anticipated criminal trial), it is within the power of
> the district court, and in accord with common practice, to stay the

civil action until the criminal case or the likelihood of a criminal case is ended.  If the plaintiff is ultimately convicted, and if the stayed civil suit would impugn that conviction, <u>Heck</u> [<u>v. Humphrey</u>, 512 U.S. 477 (1994),] will require dismissal; otherwise, the civil action will proceed, absent some other bar to suit.

IT IS ORDERED:

(1)     The Motion to Stay [Doc. # 8] is GRANTED;

(2)     The plaintiff shall file a status report on or before April 7, 2014, addressing the status and/or result of the state criminal case and any pretrial matters which should be set in this case; and

(3)     The scheduling conference set for April 2, 2014, is VACATED.

Dated March 24, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge