## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 14–cv–00023–RM–BNB

VALERIE C. HARRIS,

    Plaintiff,

v.

SERGEANT STEPHANIE J. GARCIA,
SERGEANT CASEY YODER,
LIEUTENANT LINDSEY VIGNA,
CAPTAIN JAMIE L. NORRIS,
HUMANE SOCIETY OF THE PIKES PEAK REGION,
DEPUTY D. GIFFORD,
DEPUTY A. GONZALEZ,
DEPUTY D. JAKETTA,
DEPUTY C. O'NEIL,
SERGEANNT DAVE BLACK, and
SHERIFF KIRK M. TAYLOR,

    Defendants.

---

## ORDER ADOPTING
## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 16)

---

THIS MATTER is before the Court on the Recommendation of United States Magistrate Judge ("Recommendation") (ECF No. 16) that this case be administratively closed subject to reopening for good cause shown. The Recommendation was made in light of Plaintiff's stated intention to appeal her Colorado criminal case conviction, where the resolution of that appeal would impact the claims asserted in the case before this Court. The Magistrate Judge advised the parties they had fourteen days from the date of his Recommendation, May 8, 2014, to serve and

file specific, written objections. The time permitted for any objections has expired and no objections to the Recommendation have been filed.

The Court has reviewed the Recommendation and the case file, and concludes the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) Advisory Committee's Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."). It is therefore **ORDERED** as follows:

1. That the Magistrate Judge's Recommendation (ECF No. 16) is **ADOPTED** in its entirety as an order of this Court; and

2. That pursuant to D.C.COLO.LCivR 41.2 the Clerk of the Court is directed to administratively close this action subject to reopening for good cause shown.

DATED this 9th day of June, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge